# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO.   2022 CW 1275

VERSUS

DYLAN PIZZOLATO

     CONSOLIDATED WITH

PRISCILLA NOEL LEFEBURE

VERSUS

DYLAN JACOB PIZZOLATO                          **NOVEMBER 29, 2022**

---

In Re:    Katherine Reznik Benoit, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217897 c/w 218072.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT AND STAY GRANTED.** Execution of the amended sentence imposed in open court on November 15, 2022 is stayed pending the appeal of the August 29, 2022 judgment and the sentence resulting therefrom.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT